UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RICK THOMPSON, et al.<br><br>            Defendants. | CR15-285 TSZ<br><br>ORDER |

THIS MATTER having come before the Court on the motion of the parties for a continuance of the trial and the pretrial motions due date, docket no. 64, and the Court having considered the facts set forth in the motion, the speedy trial waivers executed by defendants, the arguments of counsel at the hearing on October 15, 2015, and the records and files herein, the Court finds as follows:

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and defendants in a speedy trial.

ORDER - 1

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial.  All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from October 26, 2015, to February 29, 2016, and pretrial motions are to be filed no later than January 15, 2016.

IT IS FURTHER ORDERED that the resulting period of delay from the current trial date of October 26, 2015, until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 19th day of October, 2015.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2