The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JENNIFER LASKY,<br><br>Defendant. | NO. CR15-285 RAJ<br><br>**ORDER FOR RESTITUTION** |

On February 10, 2017, the Court dismissed charges against Defendant Jennifer Lasky in the above-captioned case pursuant to the defendant's successful completion of the Drug Reentry Alternative Model (DREAM) program.

Also on Februaary 10, 2017, the defendant stipulated to the following, which the Court now incorporates into this Order for Restitution:

1. On December 21, 2015, the above-named defendant entered guilty pleas to counts 10 and 16 of the indictment pursuant to a plea agreement authorizing post-plea/pre-adjudication to enable the defendant's participation in the Drug Reentry Alternative Model (DREAM) program.

2. Also on December 21, 2015, defendant agreed that she was jointly and severally liable for restitution, and to pay restitution to the victims of her criminal conduct, with credit for any amounts already paid.

ORDER FOR RESTITUTION
*LASKY*/CR15-285 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. In the defendant's plea agreement referenced above, the defendant agreed that restitution shall be due and payable immediately and paid as ordered by the Court. On February 12, 2016, the Court entered an order directing the defendant to pay restitution during her participation in the DREAM program, with any remaining balance due and payable at such time as defendant successfully completes the DREAM program or is terminated from the program.

4. The DREAM Executive Review Team, including the undersigned United States District Judge, has determined that defendant has successfully completed the DREAM program and therefore should receive the benefits specified in defendant's plea agreement.

5. The defendant agrees that, in accordance with the terms of defendant's plea agreement, the Court may issue an order requiring the continuing payment of the restitution obligation described above after the defendant's participation in the DREAM program is terminated and the pending criminal charge is dismissed.

6. The defendant agrees that she shall continue to make restitution payments through the clerk of the court in an amount of no less than $50 per month, with the minimum payment subject to revision by order of the Court depending upon the defendant's financial circumstances, until the restitution obligation is satisfied. The defendant is directed to make the payments to the *United States District Court, Western District of Washington,* referencing case No. CR15-285RAJ, and deliver such payments either personally or by First Class Mail to:

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

The victims entitled to restitution payments are listed in Exhibit A, with credit for any amounts already paid.

ORDER FOR RESTITUTION
*LASKY*/CR15-285 RAJ - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Compliance with this obligation shall be enforced as follows: (i) defendant shall report the payment of this restitution, specifying the amounts paid and providing proof of payment, in writing to United States Probation, U.S. Probation Office – Western District of Washington, 700 Stewart Street, Suite 11101, Seattle, Washington 98101, and the U.S. Attorney's Office, Attn: DREAM Executive Review Team, 700 Stewart Street, Suite 5220, Seattle, Washington 98101, on a quarterly basis, that is, within no later than one week after the expiration of each 90 day period after the dismissal of criminal charges; (ii) defendant shall report employment and wage information, specifying employer name, address and phone number, and wage/salary amount, in writing to United States Probation and the U.S. Attorney's Office, within no later than one week after employment commences; (iii) defendant shall report change of address and phone numbers in writing to United States Probation and the U.S. Attorney's Office within no later than one week after change; (iv) if the U.S. Attorney's Office believes that defendant has failed to comply with defendant's obligation to pay restitution, it shall first advise defendant in writing, and provide defendant with the opportunity to cure or explain, in a writing addressed to the U.S. Attorney's Office, the alleged failure; (v) if the U.S. Attorney's Office, after reviewing defendant's response, continues to believe that defendant has failed to comply with defendant's obligation to pay restitution, it shall file with the Court an ex parte application seeking an order to show cause why defendant should not be held in contempt for failure to comply with the Court's order regarding payment of restitution. By executing this stipulation, defendant consents to this Court's retention of jurisdiction for the purposes specified above.

//

//

IT IS SO ORDERED.

ORDER FOR RESTITUTION
LASKY/CR15-285 RAJ - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 10th day of FEBRUARY, 2017.

                                    _____
                                    The Honorable Richard A. Jones
                                    United States District Judge
                                    Western District of Washington
                                    DREAM Judicial Officer

10 Submitted by:

/s/ Mark Parrent
MARK PARRENT
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, Washington 98101
Phone: 206-553-4113
Email: mark.parrent2@usdoj.gov

ORDER FOR RESTITUTION
*LASKY*/CR15-285 RAJ - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**EXHIBIT A**

United States v. Jennifer Lasky
CR15-285-RAJ


Barclaycard US – Amount due: $4,622.39
PO Box 8827
Wilmington, DE 19899

Navy Federal Credit Union – Amount due: $242.10
PO Box 2464
Merryfield, VA 22116

U.S. Bank  -- Amount due: $1,668.85
Corporate Security
Recovery & Restitution
P.O. Box 650
Milwaukee, WI  53278

ORDER FOR RESTITUTION
*LASKY*/CR15-285 RAJ - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970